IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:20mj00089 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER TO SEAL** |
| **ADRIANO MORAES DE ARAUJO** | ) | |

The Government believes it is necessary to seal the Complaint and Arrest Warrant in the above-captioned case in order to avoid disruption of the Government's investigation.

Based on the foregoing, the court finds that the interest of justice is best served by filing these documents and this Order under seal. It is therefore,

ORDERED that the Complaint, Arrest Warrant, and this Order are filed under seal until further notified by this Court.

AND IT IS SO ORDERED.

KAYMANI D. WEST
U.S. MAGISTRATE JUDGE

Florence, SC

September 16, 2020